**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7293**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

OMAR DIAZ-RIOS,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:10-cr-00021-REP-2)

_____

Submitted:  April 25, 2023                                    Decided:  April 28, 2023

_____

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Omar Diaz-Rios, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Omar Diaz-Rios appeals the district court's order denying his renewed 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  We review a district court's denial of a compassionate release motion for abuse of discretion.  *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021).  Upon review of the record, we conclude that the district court did not abuse its discretion in denying Diaz-Rios' compassionate release motion.  Accordingly, we affirm the district court's order.  *United States v. Diaz-Rios*, No. 3:10-cr-00021-REP-2 (E.D. Va. Oct. 25, 2022).  We deny Diaz-Rios' motions to appoint counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*